UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-60706-JIC

GEORGIA FRASER, individually, and
LAMBERT FRASER, individually,

Plaintiffs,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC, a foreign
limited liability company,

Defendant.
_____/

## NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs hereby give notice of settlement and agree that Plaintiffs' action against Defendant should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

WHEREFORE, the Plaintiffs respectfully request that this case be dismissed with prejudice, with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

Respectfully submitted this 15th day of August, 2013.

                                                      BRET L. LUSSKIN, Esq.
                                                     *Attorney for Plaintiff*
                                                     1001 N. Federal Hwy., Ste 106
                                                     Hallandale Beach, Florida 33009
                                                     Telephone: (954) 454-5841
                                                     Facsimile: (954) 454-5844
                                                     blusskin@lusskinlaw.com

                                    By:  */s/ Bret L. Lusskin, Esq.*
                                             Bret L. Lusskin, Esq.
                                             Florida Bar No. 28069

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>BRET L. LUSSKIN, Esq.
>*Attorney for Plaintiff*
>1001 N. Federal Hwy., Ste 106
>Hallandale Beach, Florida 33009
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>By: /s/ Bret L. Lusskin, Esq.
>   Bret L. Lusskin, Esq.
>   Florida Bar No. 28069