UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60706-CIV-COHN/SELTZER

GEORGE FRASER and
LAMBERT FRASER,

    Plaintiffs,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Settlement and Stipulation for Dismissal with Prejudice [DE 10] ("Notice and Stipulation").  Plaintiffs' stipulate to the voluntary dismissal of this action with prejudice, pursuant to a settlement agreement entered into between the parties.  Therefore, the Court having considered the Notice and Stipulation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Settlement and Stipulation for Dismissal with Prejudice [DE 10] is **GRANTED**, and all claims in this action are **DISMISSED with prejudice**;

2. Each party shall bear its own fees and costs, except as otherwise agreed;

3. The Court retains jurisdiction to enforce the parties' settlement agreement; and

4. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, on this 16th day of August, 2013.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF.